# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| BRIAN MCDANIEL, | : | No. 21 EAP 2020 |
| | : | |
| Appellant | : | Appeal from the order of |
| | : | Commonwealth Court dated June 3, |
| | : | 2020 at 44 MD 2015 |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| TRANSPORTATION OF | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| | : | |
| Appellee | : | |

## <u>ORDER</u>

**PER CURIAM**                                          **DECIDED: April 29, 2021**

   **AND NOW,** this 29th day of April, 2021, the order of the Commonwealth Court is

hereby **AFFIRMED**.